**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 9:14-CV-81196-RLR**

FAUSTO ANDRES ABAD,

       Plaintiff,

vs.

FINANCIAL CREDIT SERVICE, INC., D/B/A
ASSET RECOVERY ASSOCIATES,

       Defendant.
_____/

**NOTICE OF PENDING SETTLEMENT**

      Plaintiff, FAUSTO ANDRES ABAD, by and through undersigned counsel, hereby submits this Notice of Pending Settlement and states that the parties have reached a verbal settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

      Respectfully submitted,

      /s/Yechezkel Rodal
      YECHEZKEL RODAL, ESQ.
      Florida Bar No. 91210
      LOAN LAWYERS, LLC
      *Attorneys for Plaintiff*
      2150 S. Andrews Ave., 2nd Floor
      Fort Lauderdale, FL 33316
      Telephone: (954) 523-4357
      Facsimile: (954) 581-2786
      chezky@floridaloanlawyers.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically filed on October 20, 2014 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

LOAN LAWYERS, LLC
*Attorneys for Plaintiff*
2150 S. Andrews Ave., 2nd Floor
Fort Lauderdale, FL 33316
Telephone: (954) 523-4357
Facsimile: (954) 581-2786


 /s/Yechezkel Rodal
YECHEZKEL RODAL, ESQ.
Florida Bar No. 91210
chezky@floridaloanlawyers.com