UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 14-CV-81196-ROSENBERG

FAUSTO ANDRES ABAD,

    Plaintiff,

v.

FINANCIAL CREDIT SERVICE, INC.,
D/B/A ASSET RECOVERY ASSOCIATES,

    Defendant.
_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

This cause is before the Court *sua sponte*. The Court has been informed that the Parties have reached a settlement agreement and/or the case has been dismissed. Having been informed that the parties are in agreement and have resolved all disputes, it is hereby

**ORDERED AND ADJUDGED:**

1. This case is **ADMINISTRATIVELY CLOSED**.

2. The Parties are instructed to immediately file any appropriate pleadings related to the dismissal of this action.

3. All pending motions are **DENIED AS MOOT**, all scheduled hearings are cancelled, and all deadlines are terminated.

4. The Clerk is instructed close this case.

**DONE and ORDERED** in Chambers, Fort Pierce, Florida, this 21st day of October, 2014.

                              ROBIN L. ROSENBERG
                              UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record